UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAMS, #823706, ) | |
| Plaintiff, ) | |
| ) | No. 2:20-cv-100 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| DALE HARJU and ROBERT NIVEN, ) | |
| Defendants. ) | |
| ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants each filed a motion for summary judgment, and Plaintiff also filed a motion for summary judgment. The matter was referred to Magistrate Judge Maarten Vermaat, who issued a Report and Recommendation on August 26, 2022, recommending that this Court grant Defendants' motions, deny Plaintiff's motion, and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation (ECF No. 51) as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (ECF No. 39, 40) are **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 46) is **DENIED.**

Judgment to follow.

**IT IS SO ORDERED.**

Date: September 29, 2022                        /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge