UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAMS, #823706, ) | |
|     Plaintiff, ) | |
| ) | No. 2:20-cv-100 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| DALE HARJU and ROBERT NIVEN, ) | |
|     Defendants. ) | |
| ) | |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 29, 2022            /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge